Case 2:12-cv-00599-JPH   Document 20   Filed 07/31/13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SERENITY B. LONGACRE,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN ,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | Civil No.  2:12-cv-00599-JPH<br><br><br>ORDER |

　　BEFORE THE COURT is the parties' stipulated motion to remand this case for further administrative proceedings. ECF No. 19. Previously, the parties consented to proceed before a magistrate judge. ECF No.  7.

　　After considering the motion,

**IT IS ORDERED :**

　　The parties' stipulated motion to remand pursuant to sentence four of 42 U.S.C. § 405(g),  **ECF No. 19**, is **GRANTED**.

　　The Commissioner's decision to deny Plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings. On remand, the Administrative Law Judge will

(a)　further evaluate Dr. McKnight's opinion and give specific reasons for the weight assigned;

(b)　further evaluate Plaintiff's residual functional capacity in accordance with Social Security Ruling 96-8p  and

(c) obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's occupational base.

This Court reverses the Commissioner's decision under sentence four, and directs a remand of the cause to the Commissioner for further proceedings.

The District Court Executive is directed to enter this order, provide copies to the parties, enter judgment for Plaintiff and **CLOSE** the file.

DATED this 31st day of July, 2013.

*S/ James P. Hutton*
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE